IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03294-WYD-BNB

KIM W. WONG,

    Plaintiff,

v.

MIKE LEE, and
TRINH LEE,

    Defendants.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation To Dismiss With Prejudice [ECF No. 24], filed on August 21, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation To Dismiss With Prejudice [ECF No. 24] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  August 27, 2013.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior U.S. District Judge